# EXHIBIT 1

**Registration Number**

# PAu 4-255-002

**Effective Date of Registration:**
March 12, 2025
**Registration Decision Date:**
March 17, 2025

## Title

**Title of Work:** Zoonomaly

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** LIGHTS ARE OFF LLC
  **Author Created:** audiovisual material, 2D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** LIGHTS ARE OFF LLC
1401 21ST ST STE R, SACRAMENTO, CA, 95811, United States

## Rights and Permissions

**Organization Name:** TME Law, P.C.
**Address:** 10 S. Riverside Plaza
Suite 875
Chicago, IL 60606 United States

## Certification

**Name:** Martin F. Trainor
**Date:** January 16, 2025

**Correspondence:**   Yes